Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
Post Office Box 21
825 Jadwin Avenue
Richland, WA 99352
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 20 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL THOMAS SALATA,<br><br>Defendant. | 2:25-CR-39-TOR<br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Receipt of Child Pornography<br>(Count 1)<br><br>18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br>(Count 2)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm and Ammunition<br>(Count 3)<br><br>18 U.S.C. §§ 924, 2253<br>28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

Between on or about September 9, 2024, and on or about March 12, 2025, in the Eastern District of Washington, the Defendant, DANIEL THOMAS SALATA,

INDICTMENT – 1

1  did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A),
2  that had been mailed, shipped and transported in and affecting interstate and
3  foreign commerce by any means, including by computer, and that was transported
4  via any means or facility of interstate and foreign commerce, to wit: still images
5  and videos depicting minor and prepubescent children engaging in sexually
6  explicit conduct including, but not limited to, the lascivious exhibition of the
7  genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18
8  U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

10  On or about March 13, 2025, in the Eastern District of Washington, the
11  Defendant, DANIEL THOMAS SALATA, did knowingly possess material that
12  contained one or more visual depictions of child pornography, as defined in 18
13  U.S.C. § 2256(8)(A), including images and videos of prepubescent minors and
14  minors who had not attained twelve years of age, the production of which involved
15  the use of a minor engaging in sexually explicit conduct, and which visual
16  depictions were of such conduct; which had been mailed, shipped and transported
17  in, or using any means or facility of, interstate and foreign commerce by any
18  means, including by computer, and which were produced using materials that had
19  been mailed, shipped and transported in or affecting interstate or foreign
20  commerce, by any means, including by computer, all in violation of 18 U.S.C.
21  § 2252A(a)(5)(B), (b)(2).

INDICTMENT – 2

COUNT 3

On or about March 13, 2025, in the Eastern District of Washington, the Defendant, DANIEL THOMAS SALATA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, to wit: an AR-15 style rifle, with neon green finish, configured with a rifle stock, with no visible serial number, and ammunition, to wit: thirty (30) rounds of Barnaul .223 caliber ammunition, said ammunition which had theretofore been transported in interstate and/or foreign commerce, and said firearm being in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1) and/or 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2), as set forth in this Indictment, the Defendant, DANIEL THOMAS SALATA, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds

INDICTMENT – 3

obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, DANIEL THOMAS SALATA, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 19th day of March, 2025.

A TRUE BILL

_____
Richard R. Barker
Acting United States Attorney

_____
Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 4