S. Peter Serrano
United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
825 Jadwin Ave., Suite G-60
Richland, WA 99352
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No.: 2:25-CR-0039-TOR |
|---|---|
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| DANIEL THOMAS SALATA, | |
| Defendant. | |

    The United States of America, by and through S. Peter Serrano, United States Attorney for the Eastern District of Washington, and Laurel J. Holland, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

    The Indictment filed March 20, 2025, seeks forfeiture of assets pursuant to 18 U.S.C. § 2253, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), for the charged violations. ECF No. 23 at 3 – 4.

    The United States hereby gives notice that the United States is seeking forfeiture of the following listed assets pursuant to 18 U.S.C. § 2253:

BILL OF PARTICULARS                1

- an ORICO external hard drive;
- a black Seagate portable hard drive, serial number NAB3KQ8S;
- an iBuyPower computer tower;
- a black laptop with power cord; and,
- a silver SanDisk thumb drive.

The United States hereby gives notice that the United States is seeking forfeiture of the following listed assets pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

- an AR-15 style rifle, with neon green finish, configured with a rifle stock with no visible serial number, and a magazine with 30 rounds of Barnaul .223 caliber ammunition; and,
- a green metal ammo can with .223 ammo and multiple magazines

DATED: August 13, 2025

S. Peter Serrano
United States Attorney

*s/ Laurel J. Holland*
Laurel J. Holland
Assistant United States Attorney

BILL OF PARTICULARS            2

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record.

            *s/ Laurel J. Holland*
            Laurel J. Holland
            Assistant United States Attorney