FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL THOMAS SALATA,<br><br>Defendant. | CASE NOS: 2:25-CR-0039-TOR<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES |

BEFORE THE COURT is Defendant's Motion to Continue Pretrial and Jury Trial Date and Motion. ECF No. 49. The motion was noted for hearing without oral argument. Having reviewed the docket and the files therein, the Court is fully informed.

Defendant is scheduled to appear before the Court on February 11, 2026, for a pretrial conference and a jury trial is scheduled to begin on February 23, 2026. He now moves, through counsel and unopposed by the government, for a 90 to 120-day continuance of those dates as well as the pretrial filing deadline. In support of the request, counsel explains that more time is needed (1) in anticipation

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 1

of receipt of additional discovery, (2) to conduct a thorough investigation, (3) to interview witnesses, (4) research defenses, (5) draft motions and otherwise prepare for trial. Defendant has waived his Speedy Trial rights through June 22, 2026. ECF No. 49-1. The Court finds that the Defendant requires additional time to investigate and prepare for trial, taking into account the exercise of due diligence, and that his interests would not be adequately represented without a continuance. Accordingly, the motion is granted.

IT IS HEREBY ORDERED:

1. The Motion to Continue Pretrial and Trial Dates (ECF No. 49) is **GRANTED.**

2. The pretrial conference scheduled for February 11, 2026, is vacated and continued to **May 20, 2026, at 9:00 a.m.**, in Spokane Courtroom 902. All substantive pre-trial motions, including motions *in limine* and *Daubert* motions, shall be filed and served on or before **April 29, 2026**, and noted for hearing at the pretrial conference. Any response to a substantive pre-trial motion shall be filed and served in accordance with Local Rule 7. If the Court determines an evidentiary hearing is appropriate, the Court will notify the parties of the date and time for such hearing. Motions to continue the pretrial conference and/or trial shall be filed **no later than seven (7) days prior** to said proceeding and **must include the following**: (1) specific and detailed reasons for the continuance to permit the

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 2

1  Court to make the necessary findings; (2) the Defendant's signed Speedy Trial
2  waiver; (3) the position of all co-Defendants and opposing counsel; and (4) a
3  proposed new trial date or specific length of time.  The Court's Speedy Trial
4  waiver form shall be used and can be found at:
5  http://www.waed.uscourts.gov/sites/default/files/forms/tor_speedy_trial_waiver_0.
6  pdf .
7          **Absent good cause shown, continuances are not freely granted.**
8      3.    The jury trial currently scheduled for February 23, 2026, is vacated and
9  continued to **June 1, 2026, at 8:30 a.m.**, in **Spokane Courtroom 902**.  Counsel
10 shall appear in court at 8:30 a.m. on the first day of trial to address any pending
11 pretrial issues. Jury selection will begin promptly at 9:00 a.m.  Trial briefs,
12 proposed voir dire, jury instructions, verdict forms, <u>exhibit lists, and expert witness
13 lists</u> shall be filed and served by all parties on or before **seven (7) calendar days**
14 prior to trial.
15     4.    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between **February 4,**
16 **2026**, until **June 1, 2026**, is DECLARED EXCLUDABLE for purposes of
17 computing time under the Speedy Trial Act.  The Court finds that the ends of
18 justice served by such a continuance outweigh the interests of the public and
19 Defendant in a speedy trial.
20

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL
DATES ~ 3

5. Counsel for the defense shall notify the Defendant and secure his appearance at every scheduled hearing and trial.

IT IS SO ORDERED. The District Court Executive is directed to enter this order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

DATED February 5, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 4